**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF IDAHO

Case number *(if known)* _____   Chapter __**7**__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Gold Ring Transportation LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **85-1692702** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **405 E 500 S** **Jerome, ID 83338** | **583 E 300 S** **Jerome, ID 83338** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Jerome** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.goldringtransportation.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Gold Ring Transportation LLC**                          Case number (*if known*) _____
         Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____4841_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

Debtor   **Gold Ring Transportation LLC**                                    Case number (*if known*)
_____Name_____

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

          Contact name _____

          Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Gold Ring Transportation LLC** | | Case number (*if known*) | |
| | Name | | | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 1, 2022**
                MM / DD / YYYY

**X** */s/ Matthew Johnson*                          **Matthew Johnson**
Signature of authorized representative of debtor    Printed name

Title    **Owner**

**18. Signature of attorney**

**X** */s/ Michael Wilder*                    Date    **June 1, 2022**
Signature of attorney for debtor                     MM / DD / YYYY

**Michael Wilder**
Printed name

**Avery Law**
Firm name

**770 S Woodruff Ave**
**Idaho Falls, ID 83401**
Number, Street, City, State & ZIP Code

Contact phone    **208-639-9400**    Email address    **averybklaw@gmail.com**

**10660 ID**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Gold Ring Transportation LLC**

United States Bankruptcy Court for the:   DISTRICT OF IDAHO

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __June  1, 2022__          *X* **/s/ Matthew Johnson**
                                         Signature of individual signing on behalf of debtor

                                         **Matthew Johnson**
                                         Printed name

                                         **Owner**
                                         Position or relationship to debtor

---

**Fill in this information to identify the case:**

Debtor name    **Gold Ring Transportation LLC**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $    0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................    $    2,545,806.94

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................    $    2,545,806.94

| Part 2: | Summary of Liabilities |
|---|---|

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    1,069,423.74

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $    19,757.88

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$    923,201.53

4.    Total liabilities ...........................................................................................................
    Lines 2 + 3a + 3b    $    2,012,383.15

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Gold Ring Transportation LLC**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **ICCU** | **Checking** | 3467 | $0.00 |
| 3.2. | **ICCU** | **Savings** | 3579 | $0.53 |
| 3.3. | **ICCU** | **Savings** | 3371 | $0.00 |
| 3.4. | **ICCU** | **Checking (fuel)** | 9881 | $22.97 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $23.50 |
|---|

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Gold Ring Transportation LLC**                    Case number *(if known)* _____
Name

| Part 3: | Accounts receivable |
|---------|---------------------|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.    Accounts receivable**

11a. 90 days old or less:       **4,778.00** - **0.00** = .... **$4,778.00**
face amount              doubtful or uncollectible accounts

11a. 90 days old or less:       **2,400.00** - **0.00** = .... **$2,400.00**
face amount              doubtful or uncollectible accounts

11a. 90 days old or less:       **750.00** - **0.00** = .... **$750.00**
face amount              doubtful or uncollectible accounts

11a. 90 days old or less:       **800.00** - **0.00** = .... **$800.00**
face amount              doubtful or uncollectible accounts

11a. 90 days old or less:       **1,400.00** - **0.00** = .... **$1,400.00**
face amount              doubtful or uncollectible accounts

11a. 90 days old or less:       **3,900.00** - **0.00** = .... **$3,900.00**
face amount              doubtful or uncollectible accounts

11a. 90 days old or less:       **4,112.50** - **0.00** = .... **$4,112.50**
face amount              doubtful or uncollectible accounts

11a. 90 days old or less:       **650.00** - **0.00** = .... **$650.00**
face amount              doubtful or uncollectible accounts

11a. 90 days old or less:       **4,650.00** - **0.00** = .... **$4,650.00**
face amount              doubtful or uncollectible accounts

11a. 90 days old or less:       **7,200.00** - **0.00** = .... **$7,200.00**
face amount              doubtful or uncollectible accounts

11a. 90 days old or less:       **650.00** - **0.00** = .... **$650.00**
face amount              doubtful or uncollectible accounts

11a. 90 days old or less:       **5,148.18** - **0.00** = .... **$5,148.18**
face amount              doubtful or uncollectible accounts

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor  **Gold Ring Transportation LLC**                          Case number *(If known)* _____
        Name

| 11a. 90 days old or less: | **5,148.18** | - | **0.00** = .... | **$5,148.18** |
| | face amount | | doubtful or uncollectible accounts | |

| 11a. 90 days old or less: | **4,300.00** | - | **0.00** = .... | **$4,300.00** |
| | face amount | | doubtful or uncollectible accounts | |

| 11a. 90 days old or less: | **2,700.00** | - | **0.00** = .... | **$2,700.00** |
| | face amount | | doubtful or uncollectible accounts | |

| 11a. 90 days old or less: | **3,200.00** | - | **0.00** = .... | **$3,200.00** |
| | face amount | | doubtful or uncollectible accounts | |

| 11a. 90 days old or less: | **4,200.00** | - | **0.00** = .... | **$4,200.00** |
| | face amount | | doubtful or uncollectible accounts | |

| 11a. 90 days old or less: | **1,525.00** | - | **0.00** = .... | **$1,525.00** |
| | face amount | | doubtful or uncollectible accounts | |

| 11a. 90 days old or less: | **3,900.00** | - | **0.00** = .... | **$3,900.00** |
| | face amount | | doubtful or uncollectible accounts | |

| 11a. 90 days old or less: | **1,430.00** | - | **0.00** = .... | **$1,430.00** |
| | face amount | | doubtful or uncollectible accounts | |

| 11a. 90 days old or less: | **1,074.88** | - | **0.00** = .... | **$1,074.88** |
| | face amount | | doubtful or uncollectible accounts | |

| 11a. 90 days old or less: | **240.00** | - | **0.00** = .... | **$240.00** |
| | face amount | | doubtful or uncollectible accounts | |

| 11a. 90 days old or less: | **5,200.00** | - | **0.00** = .... | **$5,200.00** |
| | face amount | | doubtful or uncollectible accounts | |

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$69,356.74**

| **Part 4:** | **Investments** |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| **Part 5:** | **Inventory, excluding agriculture assets** |

| Debtor | **Gold Ring Transportation LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:      Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:      Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:      Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2021 Cascadia Freightliner** | $0.00 | | $185,115.70 |
| 47.2.   **2019 T680 Kenworth** | $0.00 | | $158,500.00 |
| 47.3.   **2022 Kenworth T680** | $0.00 | | $186,700.00 |
| 47.4.   **2021 Kenworth W990** | $0.00 | | $179,440.00 |
| 47.5.   **2021 Kenworth W900L** | $0.00 | | $185,556.00 |
| 47.6.   **2022 John Deer 1025R** | $0.00 | | $31,899.00 |
| 47.7.   **2013 Utility/Carrier 2100 Advance 3000R** | $0.00 | | $37,178.00 |
| 47.8.   **2013 Utility/Carrier 2100 Advance 3000R(VS2RA)** | $0.00 | | $37,178.00 |
| 47.9.   **2020 Utility/Carrier 7500 X4 3000R** | $0.00 | | $55,847.00 |
| 47.10.   **2020 Vanguard/ThermoKing CMIC** | $0.00 | | $55,455.00 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Gold Ring Transportation LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 47.11. | **2017 Utility/Carrier 7300 X4 3500R** | $0.00 | | $44,085.00 |
| 47.12. | **2021 VanGuard/Thermo King C-600 CMIC** | $0.00 | | $74,497.00 |
| 47.13. | **2013 WaBash/Thermo King SB230** | $0.00 | | $34,643.00 |
| 47.14. | **2012 Utility/Thermo King 3000R** | $0.00 | | $34,643.00 |
| 47.15. | **2013 Utility/Thermo King SB230 3000R** | $0.00 | | $37,178.00 |
| 47.16. | **2020 Vanguard Thermo King C-600 CMIC** | $0.00 | | $55,455.00 |
| 47.17. | **2019 Vanguard Thermo King C-600 CMIC** | $0.00 | | $48,043.00 |
| 47.18. | **2020 Vanguard Thermo King CMIC** | $0.00 | | $55,455.00 |
| 47.19. | **Carhauler** | $0.00 | | $4,000.00 |
| 47.20. | **2022 Kenworth T680 Leased** | $0.00 | | $188,600.00 |
| 47.21. | **2022 Kenworth T680 Leased** | $0.00 | | $188,600.00 |
| 47.22. | **2023 Kenworth T680 Leased** | $0.00 | | $199,453.00 |
| 47.23. | **2023 Kenworth T680 Leased** | $0.00 | | $199,453.00 |
| 47.24. | **2023 Kenworth T680 Leased** | $0.00 | | $199,453.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Gold Ring Transportation LLC**_____      Case number *(If known)* _____
_____Name

51.    **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $2,476,426.70 |
|---|

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.

☐ Yes Fill in the information below.

Debtor    **Gold Ring Transportation LLC**                              Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $23.50 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $69,356.74 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,476,426.70 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,545,806.94 | + 91b. $0.00 |

92.  **Total of all property on Schedule A/B.** Add lines 91a+91b=92                                $2,545,806.94

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Gold Ring Transportation LLC**

United States Bankruptcy Court for the:  DISTRICT OF IDAHO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

---

**2.1** | **Ally**
Creditor's Name

PO Box 380902
Minneapolis, MN 55438

Creditor's mailing address



Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2019 T680 Kenworth**



**Describe the lien**


**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$88,635.45**    Value of collateral: **$158,500.00**

---

**2.2** | **BMO**
Creditor's Name

PO Box 71951
Chicago, IL 60694

Creditor's mailing address



Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2022 Kenworth T680**



**Describe the lien**


**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **$205,484.65**    Value of collateral: **$186,700.00**

---

Debtor    **Gold Ring Transportation LLC**                                      Case number (if known) _____
     Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **BMO** | | | |
|---|---|---|---|---|

Creditor's Name

**PO Box 71951**
**Chicago, IL 60694**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2013 WaBash/Thermo King SB230**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          $34,643.00

---

| 2.4 | **BMO** | | | |
|---|---|---|---|---|

Creditor's Name

**PO Box 71951**
**Chicago, IL 60694**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2012 Utility/Thermo King 3000R**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          $34,643.00

---

| 2.5 | **BMO** | | | |
|---|---|---|---|---|

Creditor's Name

**PO Box 71951**
**Chicago, IL 60694**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**2013 Utility/Thermo King SB230 3000R**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**

$0.00          $37,178.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 8

Debtor    **Gold Ring Transportation LLC**        Case number (if known)

Name

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **BMO** | **Describe debtor's property that is subject to a lien** | $76,916.95 | $55,455.00 |

Creditor's Name

**2020 Vanguard Thermo King C-600 CMIC**

**PO Box 71951**
**Chicago, IL 60694**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **BMO** | **Describe debtor's property that is subject to a lien** | $0.00 | $48,043.00 |

Creditor's Name

**2019 Vanguard Thermo King C-600 CMIC**

**PO Box 71951**
**Chicago, IL 60694**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **BMO** | **Describe debtor's property that is subject to a lien** | $0.00 | $55,455.00 |

Creditor's Name

**2020 Vanguard Thermo King CMIC**

**PO Box 71951**
**Chicago, IL 60694**

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor  **Gold Ring Transportation LLC**                                    Case number (if known) _____
_____
Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien** |
| | _____ |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| _____ | ☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| | ■ No |
| **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| | | | | |
|---|---|---|---|---|
| 2.9 | **ENGS** | **Describe debtor's property that is subject to a lien** | $108,412.22 | $185,115.70 |
| | Creditor's Name | **2021 Cascadia Freightliner** | | |
| | **1 Pierce Place #1100 Itasca, IL 60143** | | | |
| | Creditor's mailing address | _____ | | |
| | | **Describe the lien** | | |
| | | _____ | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| | | | | |
|---|---|---|---|---|
| 2.10 | **ENGS** | **Describe debtor's property that is subject to a lien** | $190,699.34 | $185,556.00 |
| | Creditor's Name | **2021 Kenworth W900L** | | |
| | **1 Pierce Place #1100 Itasca, IL 60143** | | | |
| | Creditor's mailing address | _____ | | |
| | | **Describe the lien** | | |
| | | _____ | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |

---

Debtor **Gold Ring Transportation LLC**
_____
Name

Case number (if known) _____

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1<br>1 | **ENGS** | Describe debtor's property that is subject to a lien | $49,517.28 | $55,455.00 |
|---|---|---|---|---|

Creditor's Name

**1 Pierce Place**
**#1100**
**Itasca, IL 60143**

Creditor's mailing address

**2020 Vanguard/ThermoKing CMIC**

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

☐ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1<br>2 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $31,204.80 | $31,899.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 4450**
**Carol Stream, IL 60197**

Creditor's mailing address

**2022 John Deer 1025R**

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

☐ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1<br>3 | **Mark Capital** | Describe debtor's property that is subject to a lien | $0.00 | $37,178.00 |
|---|---|---|---|---|

Creditor's Name

**4901 Scenic Dr**
**Yakima, WA 98908**

Creditor's mailing address

**2013 Utility/Carrier 2100 Advance**
**3000R(VS2RA)**

Describe the lien

---

Debtor    **Gold Ring Transportation LLC**                                    Case number (if known)
_____
Name

|  | **Is the creditor an insider or related party?** |
|---|---|
| _____ | ■ No |
| Creditor's email address, if known | ☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
|  | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** |  |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Mark Capital** | **Describe debtor's property that is subject to a lien** | $37,829.99 | $44,085.00 |
|---|---|---|---|---|
|  | Creditor's Name | **2017 Utility/Carrier 7300 X4 3500R** |  |  |

**4901 Scenic Dr**
**Yakima, WA 98908**
_____
Creditor's mailing address                     **Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
_____         ☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**
**Date debt was incurred**                     ■ No
                                               ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Northmill Finance** | **Describe debtor's property that is subject to a lien** | $11,045.91 | $37,178.00 |
|---|---|---|---|---|
|  | Creditor's Name | **2013 Utility/Carrier 2100 Advance 3000R** |  |  |

**601 Merritt 7**
**#5**
**Norwalk, CT 06851**
_____
Creditor's mailing address                     **Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
_____         ☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**
**Date debt was incurred**                     ■ No
                                               ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 8

Debtor    **Gold Ring Transportation LLC**                                    Case number (if known)
Name

---

| 2.1 6 | **Northmill Finance** | Describe debtor's property that is subject to a lien | $48,778.75 | $55,847.00 |
|---|---|---|---|---|

Creditor's Name

**601 Merritt 7**
**#5**
**Norwalk, CT 06851**

Creditor's mailing address

**2020 Utility/Carrier 7500 X4 3000R**

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.1 7 | **Northmill Finance** | Describe debtor's property that is subject to a lien | $52,977.74 | $74,497.00 |
|---|---|---|---|---|

Creditor's Name

**601 Merritt 7**
**#5**
**Norwalk, CT 06851**

Creditor's mailing address

**2021 VanGuard/Thermo King C-600 CMIC**

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.1 8 | **PACCAR Finance** | Describe debtor's property that is subject to a lien | $167,920.66 | $179,440.00 |
|---|---|---|---|---|

Creditor's Name

**777 106th Ave NE**
**Bellevue, WA 98004**

Creditor's mailing address

**2021 Kenworth W990**

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 7 of 8

Debtor    **Gold Ring Transportation LLC**                                     Case number (if known) _____
             Name

**Last 4 digits of account number**                ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply

☑ No                                        ☐ Contingent

☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative
priority.                                   ☐ Disputed

---

| | | |
|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,069,423.74 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Gold Ring Transportation LLC**

United States Bankruptcy Court for the: **DISTRICT OF IDAHO**

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims            **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Brian White**<br>**2415 E 3830 N**<br>**Filer, ID 83328** | $1,216.10 | $1,216.10 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**Carl King**<br>**55393 Silver Valley Rd**<br>**Osburn, ID 83849** | $1,211.17 | $1,211.17 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    35200                    Best Case Bankruptcy

Debtor    **Gold Ring Transportation LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|

**2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,280.24** | **$2,280.24**

**Danielle Howell**
**2196 E 4000 N**
**Filer, ID 83328**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.4** | Priority creditor's name and mailing address

**Ernie Pamplona**
**850 S 55th Place**
**Springfield, OR 97478**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,210.77**    **$2,210.77**

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.5** | Priority creditor's name and mailing address

**Hatim Ali**
**126 Rose St North**
**Twin Falls, ID 83301**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,275.63**    **$1,275.63**

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.6** | Priority creditor's name and mailing address

**Jennifer Johnson**
**583 E 300 S**
**Jerome, ID 83338**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,200.00**    **$1,200.00**

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Gold Ring Transportation LLC** | Case number (if known) | |
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $196.80 | $196.80 |
| | **Josh Mills** | *Check all that apply.* | | |
| | **3225 E 3225 N** | ☐ Contingent | | |
| | **Twin Falls, ID 83301** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Unpaid Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.26 | $250.26 |
| | **Kayla Dahms** | *Check all that apply.* | | |
| | **929 S Fillmore St** | ☐ Contingent | | |
| | **Jerome, ID 83338** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Unpaid Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.34 | $210.34 |
| | **Lisa Parish** | *Check all that apply.* | | |
| | **67 W 100 N** | ☐ Contingent | | |
| | **Rupert, ID 83350** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Unpaid Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,200.00 | $1,200.00 |
| | **Matthew Johnson** | *Check all that apply.* | | |
| | **583 E 300 S** | ☐ Contingent | | |
| | **Jerome, ID 83338** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Unpaid Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| Debtor | **Gold Ring Transportation LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $991.40 | $991.40 |
|---|---|---|---|---|

**Melanie Kaweck**
**875 Monroe St**
**Twin Falls, ID 83301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,903.86 | $2,903.86 |
|---|---|---|---|---|

**Mike McGuiness**
**2459 Falls Ave**
**Twin Falls, ID 83301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,108.07 | $1,108.07 |
|---|---|---|---|---|

**Quinton White**
**3264 Montezuma Rd**
**Montgomery, AL 36116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $856.72 | $856.72 |
|---|---|---|---|---|

**Sherry Mills**
**3225 E 3225 N**
**Twin Falls, ID 83301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Gold Ring Transportation LLC** | | Case number (if known) | |
| | Name | | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,646.52 | $2,646.52 |
| | **Theresa Stark** | Check all that apply. | | |
| | **376 Eastland Dr N** | ☐ Contingent | | |
| | **Twin Falls, ID 83301** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| | **Unpaid Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | $1,360.08 |
| | **Ameritas Life Insurance Corp** | As of the petition filing date, the claim is: Check all that apply. |
| | **5900 O St PO Box 81889** | ☐ Contingent |
| | **Lincoln, NE 68501** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.2 | **Nonpriority creditor's name and mailing address** | $500.00 |
| | **Bill's Sewer & Drain** | As of the petition filing date, the claim is: Check all that apply. |
| | **PO Box 5759** | ☐ Contingent |
| | **Twin Falls, ID 83303** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.3 | **Nonpriority creditor's name and mailing address** | $207,350.00 |
| | **Blade Funding** | As of the petition filing date, the claim is: Check all that apply. |
| | **211 Boulevard of the America** | ☐ Contingent |
| | **Lakewood, NJ 08701** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: **Lawsuit Cause No. 2022-31788 filed in Harris County District Court of Texas** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.4 | **Nonpriority creditor's name and mailing address** | $562.80 |
| | **Blue Beacon** | As of the petition filing date, the claim is: Check all that apply. |
| | **PO Box 856** | ☐ Contingent |
| | **Salina, KS 67402** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.5 | **Nonpriority creditor's name and mailing address** | $9,470.23 |
| | **BMO** | As of the petition filing date, the claim is: Check all that apply. |
| | **PO Box 71951** | ☐ Contingent |
| | **Chicago, IL 60694** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Gold Ring Transportation LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$733.35**

Cintas
PO Box 88005
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$57,104.00**

Corporate Business Solutions
10 N Martingale Rd
#400
Schaumburg, IL 60173

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,747.80**

Elliot Industrial Co
2207 N Greenview Ct
Eagle, ID 83616

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,076.35**

Fatbeam LLC
2065 W Riverstone Dr
Suite 202
Coeur D Alene, ID 83814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$71,546.50**

Forward Finance
53 State St
20th Floor
Boston, MA 02109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51,000.00**

Fundbox LOC
6900 Sallas Parkway
Suite 700
Plano, TX 75024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,504.00**

HUB
2600 Rose Hill
Suite 101
Boise, ID 83705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Gold Ring Transportation LLC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,318.54** |
| --- | --- | --- | --- |

**Idaho Power**
**PO Box 5381**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,641.76** |
| --- | --- | --- | --- |

**Jacks Tire & Oil**
**PO Box 6337**
**Logan, UT 84341**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$487.60** |
| --- | --- | --- | --- |

**Jeff's Graphics**
**2054 4th Ave E**
**Suite 2**
**Twin Falls, ID 83301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$390.02** |
| --- | --- | --- | --- |

**John Deere Financial**
**PO Box 4450**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105.88** |
| --- | --- | --- | --- |

**Josh Mills-Reimbursement**
**PO Box 6051**
**Twin Falls, ID 83303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,036.98** |
| --- | --- | --- | --- |

**Kenworth Sales Company**
**PO Box 27088**
**Salt Lake City, UT 84127**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
| --- | --- | --- | --- |

**Mike and Brenda Gallup**
**6472 Cherry Lane**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Loan__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Gold Ring Transportation LLC** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,918.64 |
| --- | --- | --- | --- |

**Northmill Finance**
601 Merritt 7
#5
Norwalk, CT 06851

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,771.85 |
| --- | --- | --- | --- |

**PACCAR Finance**
777 106th Ave NE
Bellevue, WA 98004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,466.10 |
| --- | --- | --- | --- |

**Pacific Source**
PO Box 7068
Springfield, OR 97475

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
| --- | --- | --- | --- |

**SBA EIDL Loan**
409 3rd Street SW
Washington, DC 20416

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Loan

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $235.28 |
| --- | --- | --- | --- |

**Sherry Mills-Reimbursement**
PO Box 6051
Twin Falls, ID 83303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,593.00 |
| --- | --- | --- | --- |

**State Insurance Fund**
PO Box 99002
Boise, ID 83799

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,497.00 |
| --- | --- | --- | --- |

**Tavas**
3753 Howard Hughes Pkwy
Unit 200
Las Vegas, NV 89169

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Gold Ring Transportation LLC**                          Case number *(if known)* _____

Name

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Tenstreet**
**5125 S Wheeling Ave**
**Suite 200**
**Tulsa, OK 74105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$127.50** |
|---|---|---|---|

**Total Techs IT LCC**
**PO Box 914**
**Kimberly, ID 83341**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,589.07** |
|---|---|---|---|

**Total Trailer**
**2538 N Blvd**
**Idaho Falls, ID 83401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$153.06** |
|---|---|---|---|

**Treasure Valley Coffee**
**11875 President Dr**
**Boise, ID 83713**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,115.62** |
|---|---|---|---|

**Utility Of Boise**
**7350 S Eisenman Rd**
**Boise, ID 83716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150,750.70** |
|---|---|---|---|

**Vivian Capital**
**3611 14th Ave**
**Suite 557**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Lawsuit filed in New York Supreme Court; Index No. 515426/2022**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58.00** |
|---|---|---|---|

**Western Records Destruction**
**114 Market Ave**
**Twin Falls, ID 83301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Gold Ring Transportation LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$389.82** |
|---|---|---|---|

**Western Waste**
PO Box 714
Jerome, ID 83338

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Offices of Isaac Greenfield**<br>**2 Executive Blvd**<br>**Suite 305**<br>**Suffern, NY 10901** | Line **3.32**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Regent & Associates**<br>**500 Lovett Blvd**<br>**Suite 225**<br>**Houston, TX 77006** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Vivian Capital Group**<br>**486 Market St**<br>**Newark, NJ 07105** | Line **3.32**<br><br>☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 19,757.88 |
| 5b. Total claims from Part 2 | 5b. + | $ | 923,201.53 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 942,959.41 |

**Fill in this information to identify the case:**

Debtor name    **Gold Ring Transportation LLC**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **Fuel Card**<br><br>State the term remaining<br><br>List the contract number of any government contract | **ComData Network**<br>**5301 Maryland Way**<br>**Brentwood, TN 37027** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest    **Fuel Card**<br><br>State the term remaining<br><br>List the contract number of any government contract | **EFS LLC**<br>**1104 Country Hills Drive**<br>**Ste 700**<br>**Ogden, UT 84403** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest    **Property/building**<br><br>State the term remaining    **10 Years**<br><br>List the contract number of any government contract | **Elliot Industrial Co**<br>**2207 N Greenview Ct**<br>**Eagle, ID 83616** |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest    **Credit**<br><br>State the term remaining    **0**<br><br>List the contract number of any government contract | **Orange Commercial Credit**<br>**PO Box 11099**<br>**Olympia, WA 98508** |

Debtor 1    **Gold Ring Transportation LLC**                                          Case number (*if known*)
_____    _____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for both 2022 Kenworth T680.** | |
|---|---|---|---|
| | State the term remaining | **33 months** | |
| | List the contract number of any government contract | _____ | **Pac Lease**<br>**PO Box 27088**<br>**Salt Lake City, UT 84127** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for all 3 Kenworth T680s** | |
|---|---|---|---|
| | State the term remaining | **37 months** | |
| | List the contract number of any government contract | _____ | **Pac Lease**<br>**PO Box 27088**<br>**Salt Lake City, UT 84127** |

**Fill in this information to identify the case:**

Debtor name    **Gold Ring Transportation LLC**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Matthew and Jennifer Johnson** | **583 E 300 S Jerome, ID 83338** | | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Gold Ring Transportation LLC**

United States Bankruptcy Court for the: **DISTRICT OF IDAHO**

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$1,400,715.26** |
| **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | **$2,546,387.41** |
| **For year before that:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other  _____ | **$615,730.61** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Gold Ring Transportation LLC**                                Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **A & I Distributors**<br>**2058 Century Way**<br>**Boise, ID 83709** | **Last 90 days** | **$7,598.30** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. **Blade Funding**<br>**211 Boulevard of the America**<br>**Lakewood, NJ 08701** | **Last 90 days** | **$42,904.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **BMO**<br>**PO Box 71951**<br>**Chicago, IL 60694** | **Last 90 days** | **$16,046.31** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Comdata**<br>**5301 Maryland Way**<br>**Brentwood, TN 37027** | **Last 90 days** | **$280,671.87** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Corporate Business Solutions**<br>**10 N Martingale Rd**<br>**#400**<br>**Schaumburg, IL 60173** | **Last 90 days** | **$74,840.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. **EFS LLC**<br>**1104 Country Hills Drive**<br>**Ste 700**<br>**Ogden, UT 84403** | **Last 90 days** | **$98,580.22** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Forward Finance**<br>**53 State St**<br>**20th Floor**<br>**Boston, MA 02109** | **Last 90 Days** | **$16,797.78** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **HUB**<br>**2600 Rose Hill**<br>**Suite 101**<br>**Boise, ID 83705** | **Last 90 days** | **$18,589.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Gold Ring Transportation LLC**                                     Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **Idaho Dept of Transportation**<br>P.O. Box 7129<br>Boise, ID 83707 | **Last 90 days** | **$23,254.46** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.10.<br> **Kenworth Sales Company**<br>PO Box 27088<br>Salt Lake City, UT 84127 | **Last 90 days** | **$72,372.81** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11.<br> **Loan Star**<br>770 W 2100 S<br>Salt Lake City, UT 84119 | **Last 90 days** | **$9,848.05** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.12.<br> **Michelin**<br>1 Parkway South<br>Greenville, SC 29615 | **Last 90 days** | **$14,561.63** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13.<br> **Northmill Finance**<br>601 Merritt 7<br>#5<br>Norwalk, CT 06851 | **Last 90 days** | **$10,709.16** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14.<br> **State Insurance Fund**<br>PO Box 99002<br>Boise, ID 83799 | **Last 90 days** | **$13,599.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.15.<br> **Vivian Capital**<br>3611 14th Ave<br>Suite 557<br>Brooklyn, NY 11218 | **Last 90 days** | **$43,221.44** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16.<br> **Elliot Industrial Co**<br>2207 N Greenview Ct<br>Eagle, ID 83616 | **last 90 days** | **$23,227.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>■ Other__Rent__ |

Debtor    **Gold Ring Transportation LLC**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.17. **ENGS** **1 Pierce Place** **#1100** **Itasca, IL 60143** | **Last 90 days** | **$21,802.17** | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Matthew Johnson** **583 E 300 S** **Jerome, ID 83338** **CEO/President** | **Periodic withdraws over last year** | **$56,694.17** | **Owners withdrew money as bonuses over the last year; debtor also contributed/repaid $19,197.13 back to the business** |
| 4.2. **Jennifer Johnson** **583 E 300 S** **Jerome, ID 83338** **CFO/VP** | **Periodic withdraws over last year** | **$98,096.00** | **Withdraws part of compensation for work contributed to business; CFO also contributed $238,942.29 back to business over last 12 months.** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor  **Gold Ring Transportation LLC**                                    Case number *(if known)*

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Vivian Capital Group LLC vs. Golding Ring Transportation LLC 515426/2022** | **Breach of Contract** | **New York Supreme Court 60 Centre St New York, NY 10007** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Blade Funding Inc vs. Gold Ring Transportation LLC 2022-31788 / Court: 55** | **Breach of Contract** | **Harris County District Court 49 San Jacinto St #303 Houston, TX 77002** | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**  **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**  **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |
| **There was a transportation of fruit that was spoiled in transport.** | **The customer would not initially pay for transport.  Debtor's insurance company paid Debtor $2,150** | **March 20, 2022** | **$32,193.30** |

**Part 6:**  **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Gold Ring Transportation LLC**                                          Case number *(if known)*

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Avery Law** **808 Eastland Dr Suite B** **Twin Falls, ID 83301** | | **May 2022** | **$5,000.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **1296 Addison Ave E** **Twin Falls, ID 83301** | **March 2019 - March 1, 2022** |

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    **Personally Identifiable Information**

| Debtor | Gold Ring Transportation LLC | Case number *(if known)* |
|---|---|---|

**16.** **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

**Debtor keeps a QuickBooks that has a list of their customers
including addresses, phone numbers, and contact names.**

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

**17.** **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or
profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

☑ No Go to Part 10.
☐ Yes. Fill in below:

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18.** **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold,
moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses,
cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **ICCU**<br>**Attn: Bankruptcy Dept**<br>**PO Box 2469**<br>**Pocatello, ID 83206** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☑ Other **Checking and Savings** | **May 2022** | **$0.00** |

**19.** **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this
case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20.** **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in
which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

| Debtor | Gold Ring Transportation LLC | Case number *(if known)* |
|---|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement

| Debtor | Gold Ring Transportation LLC | Case number *(if known)* |
|---|---|---|

within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **Tavas**<br>**3753 Howard Hughes Pkwy**<br>**Unit 200**<br>**Las Vegas, NV 89169** | **April 2022** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. | **Corporate Business Solutions**<br>**10 N Martingale Rd**<br>**#400**<br>**Schaumburg, IL 60173** | **April 2022** |

| Name and address | Date of service From-To |
|---|---|
| 26b.3. | **Forsla**<br>**17701 108th Ave SE**<br>**#123**<br>**Renton, WA 98055** | **May 2022** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Matthew Johnson | 583 E 300 S<br>Jerome, ID 83338 | CEO/President | 50 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jennifer Johnson | 583 E 300 S<br>Jerome, ID 83338 | CFO/Vice-president | 50 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor    **Gold Ring Transportation LLC**                    Case number *(if known)* _____

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Matthew and Jennifer Johnson**<br>**583 E 300 S**<br>**Jerome, ID 83338** | | | **See SOFA # 4 for relevant information** |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  1, 2022**

**/s/ Matthew Johnson**                              **Matthew Johnson**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**United States Bankruptcy Court**
**District of Idaho**

In re   **Gold Ring Transportation LLC**                                    Case No. _____
_____
                                      Debtor(s)          Chapter    **7**  _____

# VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **June  1, 2022**                          **/s/ Matthew Johnson**
_____        _____
                                      **Matthew Johnson**/**Owner**
                                      Signer/Title

```
Ally
PO Box 380902
Minneapolis, MN 55438


Ameritas Life Insurance Corp
5900 O St PO Box 81889
Lincoln, NE 68501


Bill's Sewer   Drain
PO Box 5759
Twin Falls, ID 83303


Blade Funding
211 Boulevard of the America
Lakewood, NJ 08701


Blue Beacon
PO Box 856
Salina, KS 67402


BMO
PO Box 71951
Chicago, IL 60694


Brian White
2415 E 3830 N
Filer, ID 83328


Carl King
55393 Silver Valley Rd
Osburn, ID 83849


Cintas
PO Box 88005
Chicago, IL 60680
```

ComData Network
5301 Maryland Way
Brentwood, TN 37027


Corporate Business Solutions
10 N Martingale Rd
#400
Schaumburg, IL 60173


Danielle Howell
2196 E 4000 N
Filer, ID 83328


EFS LLC
1104 Country Hills Drive
Ste 700
Ogden, UT 84403


Elliot Industrial Co
2207 N Greenview Ct
Eagle, ID 83616


ENGS
1 Pierce Place
#1100
Itasca, IL 60143


Ernie Pamplona
850 S 55th Place
Springfield, OR 97478


Fatbeam LLC
2065 W Riverstone Dr
Suite 202
Coeur D Alene, ID 83814

```
Forward Finance
53 State St
20th Floor
Boston, MA 02109


Fundbox LOC
6900 Sallas Parkway
Suite 700
Plano, TX 75024


Hatim Ali
126 Rose St North
Twin Falls, ID 83301


HUB
2600 Rose Hill
Suite 101
Boise, ID 83705


Idaho Power
PO Box 5381
Carol Stream, IL 60197


Jacks Tire   Oil
PO Box 6337
Logan, UT 84341


Jeff's Graphics
2054 4th Ave E
Suite 2
Twin Falls, ID 83301


Jennifer Johnson
583 E 300 S
Jerome, ID 83338


John Deere Financial
PO Box 4450
Carol Stream, IL 60197
```

Josh Mills
3225 E 3225 N
Twin Falls, ID 83301


Josh Mills-Reimbursement
PO Box 6051
Twin Falls, ID 83303


Kayla Dahms
929 S Fillmore St
Jerome, ID 83338


Kenworth Sales Company
PO Box 27088
Salt Lake City, UT 84127


Lisa Parish
67 W 100 N
Rupert, ID 83350


Mark Capital
4901 Scenic Dr
Yakima, WA 98908


Matthew and Jennifer Johnson
583 E 300 S
Jerome, ID 83338


Matthew Johnson
583 E 300 S
Jerome, ID 83338


Melanie Kaweck
875 Monroe St
Twin Falls, ID 83301

Mike and Brenda Gallup
6472 Cherry Lane
Nampa, ID 83687


Mike McGuiness
2459 Falls Ave
Twin Falls, ID 83301


Northmill Finance
601 Merritt 7
#5
Norwalk, CT 06851


Offices of Isaac Greenfield
2 Executive Blvd
Suite 305
Suffern, NY 10901


Orange Commercial Credit
PO Box 11099
Olympia, WA 98508


Pac Lease
PO Box 27088
Salt Lake City, UT 84127


PACCAR Finance
777 106th Ave NE
Bellevue, WA 98004


Pacific Source
PO Box 7068
Springfield, OR 97475


Quinton White
3264 Montezuma Rd
Montgomery, AL 36116

Regent   Associates
500 Lovett Blvd
Suite 225
Houston, TX 77006


SBA EIDL Loan
409 3rd Street SW
Washington, DC 20416


Sherry Mills
3225 E 3225 N
Twin Falls, ID 83301


Sherry Mills-Reimbursement
PO Box 6051
Twin Falls, ID 83303


State Insurance Fund
PO Box 99002
Boise, ID 83799


Tavas
3753 Howard Hughes Pkwy
Unit 200
Las Vegas, NV 89169


Tenstreet
5125 S Wheeling Ave
Suite 200
Tulsa, OK 74105


Theresa Stark
376 Eastland Dr N
Twin Falls, ID 83301


Total Techs IT LCC
PO Box 914
Kimberly, ID 83341

Total Trailer
2538 N Blvd
Idaho Falls, ID 83401


Treasure Valley Coffee
11875 President Dr
Boise, ID 83713


Utility Of Boise
7350 S Eisenman Rd
Boise, ID 83716


Vivian Capital
3611 14th Ave
Suite 557
Brooklyn, NY 11218


Vivian Capital Group
486 Market St
Newark, NJ 07105


Western Records Destruction
114 Market Ave
Twin Falls, ID 83301


Western Waste
PO Box 714
Jerome, ID 83338

# United States Bankruptcy Court
### District of Idaho

In re    **Gold Ring Transportation LLC** _____

                                           Debtor(s)

Case No. _____
Chapter    **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Gold Ring Transportation LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June  1, 2022** _____
Date

**/s/ Michael Wilder** _____
**Michael Wilder**
Signature of Attorney or Litigant
Counsel for    **Gold Ring Transportation LLC** _____
**Avery Law**
**770 S Woodruff Ave**
**Idaho Falls, ID 83401**
**208-639-9400 Fax:208-297-5553**
**averybklaw@gmail.com**