# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976–8 | User: admin | Date Created: 7/15/2022 |
| Case: 22–40205–JMM | Form ID: ntcasset | Total: 71 |

**Recipients of Notice of Electronic Filing:**
```
ust     US Trustee           ustp.region18.bs.ecf@usdoj.gov
tr      Patrick John Geile   pgeile@foleyfreeman.com
aty     Michael A Wilder     michael@averylaw.net
aty     Patrick John Geile   pgeile@foleyfreeman.com
aty     Thomas Daniel Smith  tom@pocatello–law.com
```
TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db         Gold Ring Transportation LLC     583 E 300 S          Jerome, ID 83338
5253196    Ally         PO Box 380902        Minneapolis, MN 55438
5253197    Ameritas Life Insurance Corp     5900 O St PO Box 81889     Lincoln, NE 68501
5253201    BMO          PO Box 71951         Chicago, IL 60694
5258278    BMO Harris Bank N.A.     P.O. Box 3040        Cedar Rapids, IA 52406
5253198    Bill's Sewer Drain       PO Box 5759          Twin Falls, ID 83303
5253199    Blade Funding    211 Boulevard of the America     Lakewood, NJ 08701
5253200    Blue Beacon      PO Box 856           Salina, KS 67402
5253202    Brian White      2415 E 3830 N        Filer, ID 83328
5253203    Carl King        55393 Silver Valley Rd       Osburn, ID 83849
5255274    Cintas       PO Box 625737        Cincinnati, OH 45262
5253204    Cintas       PO Box 88005         Chicago, IL 60680
5253205    ComData Network      5301 Maryland Way        Brentwood, TN 37027
5253206    Corporate Business Solutions     10 N Martingale Rd    #400      Schaumburg, IL 60173
5253207    Danielle Howell      2196 E 4000 N        Filer, ID 83328
5253208    EFS LLC      1104 Country Hills Drive     Ste 700      Ogden, UT 84403
5253210    ENGS         1 Pierce Place       #1100        Itasca, IL 60143
5253209    Elliot Industrial Co     2207 N Greenview Ct      Eagle, ID 83616
5253211    Ernie Pamplona       850 S 55th Place     Springfield, OR 97478
5253212    Fatbeam LLC      2065 W Riverstone Dr     Suite 202        Coeur D Alene, ID 83814
5253213    Forward Finance      53 State St          20th Floor       Boston, MA 02109
5253214    Fundbox LOC      6900 Sallas Parkway      Suite 700        Plano, TX 75024
5253216    HUB          2600 Rose Hill       Suite 101        Boise, ID 83705
5253215    Hatim Ali        126 Rose St North        Twin Falls, ID 83301
5253217    Idaho Power      PO Box 5381          Carol Stream, IL 60197
5253218    Jacks Tire Oil       PO Box 6337          Logan, UT 84341
5253219    Jeff's Graphics      2054 4th Ave E       Suite 2      Twin Falls, ID 83301
5253220    Jennifer Johnson     583 E 300 S          Jerome, ID 83338
5253221    John Deere Financial     PO Box 4450          Carol Stream, IL 60197
5253222    Josh Mills       3225 E 3225 N        Twin Falls, ID 83301
5253223    Josh Mills–Reimbursement     PO Box 6051          Twin Falls, ID 83303
5253224    Kayla Dahms      929 S Fillmore St        Jerome, ID 83338
5253225    Kenworth Sales Company       PO Box 27088         Salt Lake City, UT 84127
5253226    Lisa Parish      67 W 100 N           Rupert, ID 83350
5253227    Mark Capital     4901 Scenic Dr       Yakima, WA 98908
5253229    Matthew Johnson      583 E 300 S          Jerome, ID 83338
5253228    Matthew and Jennifer Johnson     583 E 300 S          Jerome, ID 83338
5253230    Melanie Kaweck       875 Monroe St        Twin Falls, ID 83301
5253232    Mike McGuiness       2459 Falls Ave       Twin Falls, ID 83301
5253231    Mike and Brenda Gallup       6472 Cherry Lane     Nampa, ID 83687
5255275    Myers Tire Supply        PO Box 100169        Pasadena, CA 91189
5255854    North Mill Credit Trust      601 Merritt 7, Suite 5       Norwalk, 06851
5253233    Northmill Finance        601 Merritt 7        #5       Norwalk, CT 06851
5253234    Offices of Isaac Greenfield      2 Executive Blvd     Suite 305        Suffern, NY 10901
5253235    Orange Commercial Credit     PO Box 11099         Olympia, WA 98508
5253237    PACCAR Finance       777 106th Ave NE     Bellevue, WA 98004
5253236    Pac Lease        PO Box 27088         Salt Lake City, UT 84127
5253238    Pacific Source       PO Box 7068          Springfield, OR 97475
5253239    Quinton White        3264 Montezuma Rd        Montgomery, AL 36116
5253240    Regent Associates        500 Lovett Blvd      Suite 225        Houston, TX 77006
5253241    SBA EIDL Loan        409 3rd Street SW        Washington, DC 20416
5253242    Sherry Mills     3225 E 3225 N        Twin Falls, ID 83301
5253243    Sherry Mills–Reimbursement       PO Box 6051          Twin Falls, ID 83303
5253244    State Insurance Fund     PO Box 99002         Boise, ID 83799
5253245    Tavas        3753 Howard Hughes Pkwy      Unit 200         Las Vegas, NV 89169
5253246    Tenstreet        5125 S Wheeling Ave      Suite 200        Tulsa, OK 74105
5253247    Theresa Stark        376 Eastland Dr N        Twin Falls, ID 83301
5253248    Total Techs IT LCC       PO Box 914           Kimberly, ID 83341
5253249    Total Trailer        2538 N Blvd          Idaho Falls, ID 83401
```

| | | | | |
|---|---|---|---|---|
| 5253250 | Treasure Valley Coffee | 11875 President Dr | Boise, ID 83713 | |
| 5258589 | U.S. Small Business Administration | Lisa Johnson, Attorney | Wesley Nell, Attorney | 2401 Fourth Avenue    Suite 400    Seattle, WA 98121 |
| 5253251 | Utility Of Boise | 7350 S Eisenman Rd | Boise, ID 83716 | |
| 5253252 | Vivian Capital | 3611 14th Ave    Suite 557 | Brooklyn, NY 11218 | |
| 5253253 | Vivian Capital Group | 486 Market St | Newark, NJ 07105 | |
| 5253254 | Western Records Destruction | 114 Market Ave | Twin Falls, ID 83301 | |
| 5253255 | Western Waste | PO Box 714 | Jerome, ID 83338 | |

TOTAL: 66