Patrick J. Geile, ISB No. 6975
Chapter 7 Bankruptcy Trustee
PO Box 925
Meridian, ID 83680
Telephone: (208) 947-1575

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | |
|---|---|
| GOLD RING TRANSPORTATION LLC | CASE NO. 22-40205-JMM |
| Debtor. | CHAPTER 7 |

**NOTICE OF SALE BY TRUSTEE**

TO THE DEBTORS, DEBTORS ATTORNEY, CREDITORS AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT the undersigned Trustee will sell the below described property in which the above-entitled estate claims an interest pursuant to 11 U.S.C. § 363, Fed. R. Bankr. P. 6004(b). <u>This sale will be final unless a written objection and request for hearing is received by the U.S. Bankruptcy Court (located at 550 West Fort Street, Boise, ID 83724) and the Trustee on or before twenty-one (21) days from the date of this notice.</u>

1. <u>DESCRIPTION OF PROPERTY TO BE SOLD:</u>

    2022 Car Hauler VIN 3CV1C2027N2636841

2. <u>TYPE OF SALE</u>:
    (X) Public Auction
3. <u>TERMS OF SALE:</u>
    ( ) Cash
    (X) The property shall be sold to the highest bidder in cash. Property offered for sale is subject to change prior to sale.

4. <u>TIME AND PLACE OF SALE:</u>
    Sale will be by online public auction to the highest bidder in cash at https://idahoauctionbarn.hibid.com/catalog/364676/june-9th---special-event-car-auction/ closing at 6:00 p.m. on September 28, 2022 the Property may be viewed prior to the auction on September 25th – September 28th, 2022, from 10:00 a.m. to 6:00 p.m. at Idaho Auction Barn 1838 Eldridge Ave, Twin Falls, ID 83301.

Notice of Sale by Trustee – Case No 22-40205-JMM

5.  **TREATMENT OF EXISTING LIENS:**
    ( ) Trustee knows of no valid liens claimed against the property.
    ( ) Person claims a lien that is disputed by the Trustee. The Trustee intends to hold the auction proceeds pending resolution.
    ( ) Trustee may immediately pay the liens listed below without further notice and hearing. The Debtor(s) have claimed a $_____ exemption, which will be honored as to the extent of any net proceeds in excess of the avoided lien.
    ( ) The Debtor claims an exemption of $_____.
    ( ) Trustee may immediately pay the liens listed below without further notice and hearing.
    _____

6.  **VALUE OF PROPERTY TO BE SOLD:**
    (X) In the opinion of the Trustee, the sale will determine the reasonable liquidation value of the property.
    ( ) An appraisal of _____
    ( ) Other:

7.  **AUTHORITY FOR CONDUCTION SALE:**
    (X) 11 U.S.C. § 363(b)

8.  **MISCELLANEOUS INFORMATION:**
    This sale shall be effective immediately and the fourteen-day stay imposed by Rule 6004(h) and other rules is hereby waived.

    The sale proceeds will be subject to a proposed auctioneer commission, buyer's premium, and related costs as approved by the Court.

    If required, the sale may be continued from time to time or place to place without further notice.

9.  **ADDITIONAL TERMS OF SALE:**
    The property is sold "AS IS", "WHERE IS", and without warranty of any nature whatsoever, either express or implied.
    Any model years and information listed is not a representation by the Trustee, but is provided to assist purchasers and is based upon the Trustee's best information and belief. Purchasers are deemed to have conducted their own inspection and should not rely on descriptive information provided herein.
    Property offered for sale is subject to change or withdrawal prior to sale.

Date: August 25, 2022

/s/ Patrick J. Geile
Patrick J. Geile
Chapter 7 Bankruptcy Trustee

Notice of Sale by Trustee – Case No 22-40205-JMM

## CERTIFICATE OF SERVICE

      I hereby certify that on August 25, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the individuals so noted below. I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) either listed below or on an attached list.

*Electronic Notification*

**US Trustee**
*ECF:* ustp.region18.bs.ecf@usdoj.gov

**Michael A. Wilder**
michael@averylaw.net

*Served by U.S. MAIL*

Gold Ring transportation LLC
583 E 300S
Jerome, ID 83338

Joe Hutchins
Idaho Auction Barn
1838 Eldridge Ave
Twin Falls, ID 83301

                                               /s/ Patrick J. Geile