Patrick J. Geile, ISB No. 6975
Chapter 7 Bankruptcy Trustee
PO Box 925
Meridian, ID 83680
Telephone: (208) 947-1575

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

In Re:

GOLD RING TRANSPORTATION LLC

Debtor

Case No. 22-40205-JMM
Chapter 7

**REPORT OF SALE BY TRUSTEE**

The Trustee has sold the following property of the estate, and pursuant to Bankruptcy Rule 6004(f)(1), makes this report of sale.

1. **DESCRIPTION OF PROPERTY SOLD**:
   2013 Utility 3000R - Carrier X2 2100 Reefer     $ 23,000.00
   2017 Utility 3000R - Carrier 7500 x 4 Reefer    $ 47,250.00
   2013 Utility 3000R – Carrier X2 2100 Reefer     $ 19,500.00
   2020 Utility 3000R - carrier 7500 x4 Reefer     $ 72,000.00
   2021 Vanguard C-600 Thermo King Reefer          $ 74,00.00

2. **DATE AND TIME OF SALE**: August 18, 2022, 10:00 a.m. to 6:00 p.m.

3. **NAME AND ADDRESS OF BUYER:**

   a. Akhmed Kadirov, Premier Trucking LLC
      688 Canyon crest Dr. w
      Twin Falls, ID 83301 - (#322) -2013 Utility 3000R -Carrier X2 2100 Reefer

   b. Nick Yusupov, Sonictrans LLC
      560 Filer Ave, Ste C
      Twin Falls, ID 83301 - (#324) 2020 Utility 3000R - Carrier 7500 X4 Reefer, (#327)
      2021 Vanguard C-600 Thermo King Reefer

   c. Brett Thompson, Rich Thompson Trucking Inc.
      303 4th Ave W
      twin falls, ID 83301 - (#325) 2017 Utility 3000R - Carrier 7500 x4 Reefer

**REPORT OF SALE BY TRUSTEE - 1**

  d. Jeff Boyer, 88 Driftwood St.
    Pocatello, ID 83204 - (#323) 2013 Utility 3000R -Carrier X2 2100 Reefer

4. **ACCOUNTING OF SALE PROCEEDS**:

| | | |
|---|---|---:|
| | **Total Sale Price:** | **$ 235,750.00** |
| (-) | Auctioneer's Commission (2.5%): | $ 5,893.75 |
| (-) | Auctioneer's Expenses: | $ 2,500 |
| (-) | Exemptions: | $ 0.00 |
| (-) | Lien(s): | |
| 322 TN5917 Utility/Carrier 2100 Advance 3000R 2013 1UYVS253XDU721702 Northmill | | $11,045.91 |
| 324 TN1818 Utility/Carrier 7500X4 3000R 2020 1UYVS253XL2015419 Northmill | | $70,271.12 |
| 325 TN9673 Utility/Carrier 7300 X4 3500R 2017 1UYVS2538HU719047 Mark Capital | | $37,829.00 |
| 327 TP5601 Vanguard/ThermoKing C-600 CMIC 2021 527SR5321NL025321 Northmill | | $75,162.16 |
| | **Total liens** | **$194,308.19** |
| (=) | **NET AMOUNT TO ESTATE:** | **$ 33,048.06** |

Trustee certifies that this report is true and correct to the best of the Trustee's knowledge.

Date: October 4, 2022

             /s/ Patrick J. Geile
             Chapter 7 Bankruptcy Trustee

### CERTIFICATE OF SERVICE

  I hereby certify that on this date as indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the individuals so noted below. I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) either listed below or on an attached list.

*Electronic Notification*

**US Trustee** ustp.region18.bs.ecf@usdoj.gov

**REPORT OF SALE BY TRUSTEE - 2**

Michael A. Wilder            michael@averylaw.net

Laura E Burri on behalf of Creditor PACCAR Financial Corp
lburri@morrowfischer.com, klee@morrowfischer.com

Gery W Edson on behalf of Creditor Elliott Industrial Co., Inc.
gedson@gedson.com, tfurey@gedson.com

Ryan E Farnsworth on behalf of Debtor Gold Ring Transportation LLC
ryan@averylaw.net,
ch@averylaw.net;twinfalls@averylaw.net;averybklaw@gmail.com;boise@averylaw.net;lawar78055@notify.bestcase.com

William M Humphries on behalf of Creditor U.S. Small Business Administration
bill.humphries@usdoj.gov, jessica.black@usdoj.gov

R Ron Kerl on behalf of Creditor John Deere Financial, f.s.b.
Ron@cooper-larsen.com, lanna@cooper-larsen.com

Sheila Rae Schwager on behalf of Creditor Great West Casualty Company
sschwager@hawleytroxell.com, thummel@hawleytroxell.com

Thomas Daniel Smith on behalf of Trustee Patrick John Geile
tom@pocatello-law.com

Meredith Leigh Thielbahr on behalf of Creditor Engs Commercial Finance Co.
mthielbahr@grsm.com, ckaiser@grsm.com

*Served by U.S. MAIL*

Gold Ring Transportation Llc
583 E 300 S
Jerome, ID 83338

                                            /s/  Patrick J. Geile
                                            Date: October 4, 2022

**REPORT OF SALE BY TRUSTEE - 3**