Patrick J. Geile, ISB No. 6975
CHAPTER 7 BANKRUPTCY TRUSTEE
PO Box 925
Meridian, ID 83680
Telephone: (208) 947-1575

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

In Re:

GOLD RING TRANSPORTATION, LLC,

                       Debtor

Case No. 22-40205-JMM
Chapter 7

**REPORT OF SALE BY TRUSTEE**

The Trustee has sold the following property of the estate, and pursuant to Bankruptcy Rule 6004(f)(1), makes this report of sale.

1. **DESCRIPTION OF PROPERTY SOLD**: 2022 PJ Flatbed Trailer.

2. **DATE AND TIME OF SALE**: September 28, 2022, from 10:00 a.m. to 6:00 p.m.

3. **NAME AND ADDRESS OF BUYER:** Patrick Gill, All Pride Electric, 4543 E. 3175 N. Murtaugh, ID 83344.

4. **ACCOUNTING OF SALE PROCEEDS**:

Sales Price: $3,050.00 + (10%) Buyer's Premium $305.00 = $3,355.00 (Total Sale Price)

| | | |
|---|---|---|
| **Total Sale Price:** | | **$3,355.00** |
| (-) | Auctioneer's Commission (7.5%): | $228.75 |
| (+) | Buyer's Premium (10%): | $305.00 |
| **(=)** | **NET AMOUNT TO ESTATE:** | **$3,126.25** |

Trustee certifies that this report is true and correct to the best of the Trustee's knowledge.

Date: November 4, 2022

                                          /s/ Patrick J. Geile
                                          Chapter 7 Bankruptcy Trustee

REPORT OF SALE BY TRUSTEE - 1

# CERTIFICATE OF SERVICE

I hereby certify that on this date as indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the individuals so noted below. I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) either listed below or on an attached list.

*Served by EFC*

US Trustee
ustp.region18.bs.ecf@usdoj.gov

Michael A. Wilder
michael@averylaw.net

Laura E Burri
lburri@morrowfischer.com

Gery W Edson
gedson@gedson.com

Ryan E Farnsworth
ryan@averylaw.net,

William M Humphries
bill.humphries@usdoj.gov

R Ron Kerl
Ron@cooper-larsen.com

Sheila Rae Schwager
sschwager@hawleytroxell.com

Thomas Daniel Smith
tom@pocatello-law.com

Meredith Leigh Thielbahr
mthielbahr@grsm.com

*Served by U.S. MAIL*
Gold Ring Transportation LLC
583 E 300 S
Jerome, ID 83338

/s/  Patrick J. Geile
Date: November 4, 2022

REPORT OF SALE BY TRUSTEE  - 2