

**Consignor Settlement**

| CO #: | 25782 |
|---|---|
| Date: | 10/5/2022 |
| Page: | 1 |

**Consignor: C196**
Patrick J Geile Chapter 7 Trustee - Gold Ring
PO Box 925
Meridian, ID 83680

Auction: Sept 28th - Estate Furniture, Collectables & General Auction

| Lot# | Invtry# | Description | Quantity | Unit Price | Ext.Price | Comm/BuyBac | Expenses |
|---|---|---|---|---|---|---|---|
| 5t | 200369 | 2022 PJ Flatbed Trailer | 1.00 | 3,050.00 | 3,050.00 | -228.75 | 0.00 |

Total Quantity: 1.00
Total Invoice Sale Price: 3,050.00
Total Commission: ( 228.75)
Total Due to Consignor: 2,821.25
Total Payments: 0.00
Balance: $2,821.25

Positive Balance, Monies Owed to Consignor
No inventory remains for this consignment order

**COMMISSION SETTINGS**
Calculate Commission By: Each
Commission Structure Type: Sliding Scale

Any Amount                    7.50%

Commissions are calculated based on the PRICE of EACH ITEM. (Not on the total amount sold.)